COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:       *Korey Adeleye v. The State of Texas*

Appellate case numbers:  01-10-00879-CR & 01-10-00880-CR

Trial court case numbers: 1212111 and 1212112

Trial court:                        337th District Court of Harris County, Texas

On July 13, 2012, the above two appeals were abated for the trial court to determine whether appellant desired to pursue the appeals.   A record has been filed substantially complying with our July 13 abatement order.

The above two appeals are ordered reinstated.

It is so **ORDERED**.

Justice's signature: /s/ Justice Higley
                              Acting individually

Date: October 17, 2012